

| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
www.mccalla.com

August 12, 2020

*Via ECF*

Hon. Roslynn R. Mauskopf, USDJ
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Nationstar Mortgage, LLC v. R. Kenneth Barnard as Ch. 7 Trustee (In re Kramer), Case No. 2:19-cv-06986-RRM

Dear Judge Mauskopf:

This firm represents the Appellant, Nationstar Mortgage, LLC ("Nationstar") in the above captioned Bankruptcy Appeal. Pursuant to the Court's Order of July 13, 2020 Appellant's brief must be filed and served no later than August 12, 2020.

Counsel for Appellant and counsel for the Chapter 7 Trustee continue to have discussions regarding a potential resolution of this matter. While the parties had hoped to reach an agreement in principal by this time, Nationstar is awaiting a response to its most recent settlement communication from Mr. & Mrs. Kramer (the borrowers in the underlying bankruptcy case). Accordingly, Nationstar respectfully requests an adjournment of the due date for Nationstar's brief until October 7, 2020. This would result in an adjournment of the due date for the Chapter 7 Trustee's brief to November 4, 2020 and in an adjournment of the due date for Appellant's reply brief to November 18, 2020. I have discussed this request with counsel to the Chapter 7 Trustee and am authorized to state that counsel to the Chapter 7 Trustee consents to this request. The court previously granted Appellant's requests dated February 7, 2020, March 9, 2020, May 11, 2020, June 12, 2020 and July 13, 2020.

Please do not hesitate to contact the undersigned at 732-902-5397 or at charles.jeanfreau@mccalla.com with any questions or concerns.

                                  Respectfully submitted,
                                  McCalla Raymer Leibert Pierce, LLC

                                By: _____
                                  Charles H. Jeanfreau, Esq.

cc:    Joseph S. Maniscalco, LaMonica Herbst & Mainscalco
        (Counsel to Ch. 7 Trustee, via ecf and email)